ACCEPTED
03-15-00237-CR
6868570
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 2:12:41 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00237-CR

| | | |
|---|---|---|
| **CHRISTOPHER RAY WEATHERSPOON,** | } | |
| **Appellant** | } | |
| | } | **IN THE COURT** |
| | } | **OF APPEALS** |
| | } | **OF THE THIRD** |
| **v.** | } | **SUPREME JUDICIAL** |
| | } | **DISTRICT** |
| **THE STATE OF TEXAS** | } | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 2:12:41 PM
JEFFREY D. KYLE
Clerk

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Comes now John Kuchera, undersigned counsel for Appellant, pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for an additional extension of fourteen (14) days in which to the file Appellant's brief in the above-entitled and numbered cause. In support of this motion, undersigned counsel would show the Court the following.

Appellant has previously been granted an extension through September 14, 2015. Counsel just finished and filed a brief in Appellant's companion appeal, No. 03-15-00236-CR. Counsel has not started the brief herein. Counsel will be out of town all of next week.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel requests

that this Court grant an extension until September 28, 2015, for the filing of Appellant's brief herein.

Respectfully submitted,

/s/ John A. Kuchera
John A. Kuchera
210 N. 6th St.
Waco, Texas 76701
(254) 754-3075
(254) 756-2193 (facsimile)
SBN 00792137
johnkuchera@210law.com

Attorney for Appellant

## Certificate of Service

I certify that on the 10th day of August, 2015, I mailed the foregoing to:

Mr. Bob D. Odom
Assistant District Attorney
P.O. Box 540
Belton, TX 76513

/s/ John A. Kuchera
John A. Kuchera